UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

In re:                              §
                                    §
RAH ENTERPRISES, INC.               §      Case No. 11-24876
                                    §
        Debtor(s)                   §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00 AM on 06/13/2013 in Courtroom 240,
                United States Courthouse
                c/o Kane County Courthouse
                100 S. 3rd St., Geneva, IL  60134
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/01/2013            By: Kenneth S. Gardner
                                                  Clerk of the Bankruptcy Court

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL 60560

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                              §
                                    §
RAH ENTERPRISES, INC.               §     Case No. 11-24876
                                    §
         Debtor(s)                  §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 145,000.00 |
| and approved disbursements of | $ | 139.04 |
| leaving a balance on hand of[1] | $ | 144,860.96 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH R. VOILAND | $ 10,500.00 | $ 0.00 | $ 10,500.00 |
| Trustee Expenses: JOSEPH R. VOILAND | $ 256.23 | $ 0.00 | $ 256.23 |
| Total to be paid for chapter 7 administrative expenses | | $ | 10,756.23 |
| Remaining Balance | | $ | 134,104.73 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 261,689.28 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 51.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | USPraxis Inc. | $ 260,623.15 | $ 0.00 | $ 133,558.38 |
| 000003 | Eckhart Kolak LLC | $ 1,066.13 | $ 0.00 | $ 546.35 |

Total to be paid to timely general unsecured creditors    $ 134,104.73

Remaining Balance    $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Joseph R. Voiland
                    Trustee

*JOSEPH R. VOILAND*
*1625 WING ROAD*
*YORKVILLE, IL 60560*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                      Case No. 11-24876-CAD
RAH Enterprises, Inc.                                       Chapter 7
      Debtor
# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mhenley           Page 1 of 2          Date Rcvd: May 02, 2013
                              Form ID: pdf006         Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 04, 2013.
```
db        +RAH Enterprises, Inc.,    3N 592 Balkan Drive,    Campton Hills, IL 60175-7602
17542657  +American Arbitration Association,    13455 Noel Road,   Suite 1750,    Dallas, TX 75240-6686
17542659   American Education Services,    Harrisburg, PA 17130-0001
17542660   Bank of America,    4060 Ogletown/Stanton Rd,    Newark, DE 19713
17542661  +Bill Me Later,   C/O Tate Kirlin Association,    2810 Southampton Rd,
            Philadelphia, PA 19154-1207
17405191  +Eckhart Kolak LLC,    55 W. Monroe St., Ste. 1925,    Chicago, IL 60603-5079
17405192  +Gray Hunter Stenn LLP,    2060 Aberdeen Ct., Ste. A,    Sycamore, IL 60178-3140
17542658  +Guellermo Bermudez & Delores Lopez,     624 E 158th St,    Harvey, IL 60426-3722
17542667  +HSBC Retail Services,    POB 4144,   Carol Stream, IL 60197-4144
17542669  +HSBC Retail Services/Best Buy,    POB 17298,   Baltimore, MD 21297-1298
17542666  +Home Depot,   Processing Center,    Des Moines, IA 50364-0001
17405193  +James Cornelius,    955 W. Prarie Dr.,    Sycamore, IL 60178-3121
17405194  +Patricia & Robert Hooser,    3N592 Balkan Drive,    St Charles, IL 60175-7602
17405195  +Patterson Law Firm,    1 N. LaSalle St., Ste. 2100,    Chicago, IL 60602-3918
17542672  +Sears Credit Cards,    POB 183081,   Columbus, OH 43218-3081
17542673  +Sears Credit Cards,    POB 183082,   Columbus, OH 43218-3082
17542663  +The Lake, NV 88901,    Cook County Treasurer,    POB 4468,   Carol Stream, IL 60197-4468
19094113  +USPraxis Inc,    955 W. Prarie Dr.,    Sycamore, IL 60178-3121
17405196  +USPraxis Inc.,    James A. Cornelius,   Fisher Kanaris, P.C.,    200 S. Wacker Drive., Ste 2200,
            Chicago, IL 60606-5819
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17542664  +E-mail/PDF: gecsedi@recoverycorp.com May 03 2013 04:32:38    GEMB/Wal-Mart,   POB 530927,
            Atlanta, GA 30353-0927
17542665  +E-mail/Text: ally@ebn.phinsolutions.com May 03 2013 00:37:18    GMAC,    POB 380901,
            Bloomington, MN 55438-0901
17542670  +E-mail/PDF: gecsedi@recoverycorp.com May 03 2013 04:32:38    JCPenney,    POB 960090,
            Orlando, FL 32896-0090
17542671  +E-mail/PDF: gecsedi@recoverycorp.com May 03 2013 04:32:38    Old Navy/GEMB,    POB 530942,
            Atlanta, GA 30353-0942
                                                                                              TOTAL: 4
```
```
         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17542662   CitiBank Student Loans,   POB 6615
17542668* +HSBC Retail Services,    POB 4144,   Carol Stream, IL 60197-4144
                                                                                    TOTALS: 1, * 1, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 04, 2013**          **Signature:**  _Joseph Speetjens_

```
District/off: 0752-1          User: mhenley             Page 2 of 2             Date Rcvd: May 02, 2013
                              Form ID: pdf006           Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 1, 2013 at the address(es) listed below:
          Deborah K Ebner   on behalf of Creditor Robert  Hooser dkebner@deborahebnerlaw.com,
           sbutz@deborahebnerlaw.com;webmaster@debnertrustee.com;lizd@deborahebnerlaw.com
          Jonathan D. Golding   on behalf of Debtor   RAH Enterprises, Inc. jgolding@goldinglaw.net
          Joseph  Voiland    jrvoiland@sbcglobal.net,  jvoiland@ecf.epiqsystems.com
          Kristi L Browne   on behalf of Creditor Robert  Hooser kbrowne@pattersonlawfirm.com,
           FedCtFilings@pattersonlawfirm.com
          Linda M Kujaca   on behalf of Creditor Robert  Hooser lkujaca@aol.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Richard N Golding   on behalf of Debtor   RAH Enterprises, Inc. rgolding@goldinglaw.net
                                                                                                                                                                                                                                                                            TOTAL: 7