# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| RAH ENTERPRISES, INC. | § | Case No. 11-24876 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                        Assets Exempt:
*(Without deducting any secured claims)*


Total Distributions to Claimants:        Claims Discharged
                                         Without Payment:


Total Expenses of Administration:

3) Total gross receipts of $                   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $                    from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter   on        . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/JOSEPH R. VOILAND _____
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| **TOTAL GROSS RECEIPTS** | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | | | | | |
| JOSEPH R. VOILAND | | | | | |
| CONGRESSIONAL BANK | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Arbitration Association 13455 Noel Road Suite 1750 Dallas, TX 75240 | | | | | |
| | Eckhart Kolak LLC 55 W. Monroe St., Ste. 1925 Chicago, IL 60603 | | | | | |
| | Gray Hunter Stenn LLP 2060 Aberdeen Ct., Ste. A Sycamore, IL 60178 | | | | | |
| | James Cornelius 955 W. Prarie Dr. Sycamore, IL 60178 | | | | | |
| | Patricia & Robert Hooser 3N 592 Balkan Dr. Campton Hills, IL 60175 | | | | | |
| | Patterson Law Firm 1 N. LaSalle St., Ste. 2100 Chicago, IL 60602 | | | | | |
| | USPraxis Inc. 955 W. Prarie Dr. Sycamore, IL 60178 | | | | | |
| 000003 | ECKHART KOLAK LLC | | | | | |
| 000002 | JAMES CORNELIUS | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | PATRICIA & ROBERT HOOSER | | | | | |
| 000005 | PATRICIA & ROBERT HOOSER | | | | | |
| 000001 | USPRAXIS INC. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   1

Exhibit 8

| Case No: | 11-24876 | RG | Judge: MANUEL BARBOSA | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|---|---|
| Case Name: | RAH ENTERPRISES, INC. | | | | Date Filed (f) or Converted (c): | 06/13/11 (f) |
| | | | | | 341(a) Meeting Date: | 08/08/11 |
| For Period Ending: | 09/29/13 | | | | Claims Bar Date: | 04/16/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. Old Second Bank, Aurora IL | 62.92 | 62.92 | DA | 0.00 | FA |
| 2. US Praxis 4-year earn-out | Unknown | 0.00 | DA | 0.00 | FA |
| 3. fraudulent transfer claim  - Hooser et. al. (u) | Unknown | 46,000.00 | | 145,000.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $62.92 | $46,062.92 | | $145,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 11/15/12          Current Projected Date of Final Report (TFR): 06/15/13

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   1

Exhibit 9

| | |
|---|---|
| Case No: | 11-24876  -RG |
| Case Name: | RAH ENTERPRISES, INC. |
| Taxpayer ID No: | *******8335 |
| For Period Ending: | 09/29/13 |

| | |
|---|---|
| Trustee Name: | JOSEPH R. VOILAND |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******7458  Checking Account |
| Blanket Bond (per case limit): | $ 50,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/19/12 | 3 | Robert Hooser | | 1229-000 | 145,000.00 | | 145,000.00 |
| 03/31/13 | | Congressional Bank | bank service charge | 2600-000 | | 139.04 | 144,860.96 |
| 05/31/13 | | Congressional Bank | bank service fee | 9999-000 | | 148.83 | 144,712.13 |
| 06/13/13 | 001001 | JOSEPH R. VOILAND 1625 Wing Road Yorkville, IL  60560 | | 2100-000 | | 10,500.00 | 134,212.13 |
| 06/13/13 | 001002 | JOSEPH R. VOILAND 1625 Wing Road Yorkville, IL  60560 | | 2200-000 | | 256.23 | 133,955.90 |
| 06/25/13 | 001003 | USPraxis Inc. c/o Fisher Kanaris, P.C. 200 S. Wacker Drive., Ste 2200 Chicago, IL 60647 | | 7100-000 | | 133,558.38 | 397.52 |
| 06/25/13 | 001004 | Eckhart Kolak LLC 55 W. Monroe St., Ste. 1925 Chicago, IL 60603 | | 7100-000 | | 546.35 | -148.83 |
| 06/30/13 | | Congressional Bank | bank service charge | 9999-000 | | 153.67 | -302.50 |
| 07/31/13 | | Congressional Bank | credit for service fees | 9999-000 | 748.41 | | 445.91 |
| 07/31/13 | | Congressional Bank | bank service fee | 9999-000 | | 143.41 | 302.50 |
| 09/28/13 | | CB | bank service fees | 9999-000 | | 302.50 | 0.00 |

| | | |
|---|---|---|
| Page Subtotals | 145,748.41 | 145,748.41 |

Ver: 16.05c

FORM 2                                                                                          Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                 Exhibit 9

| Case No: | 11-24876 -RG | Trustee Name: | JOSEPH R. VOILAND |
| Case Name: | RAH ENTERPRISES, INC. | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******7458  Checking Account |
| Taxpayer ID No: | *******8335 | | |
| For Period Ending: | 09/29/13 | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 145,748.41 | 145,748.41 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 145,748.41 | 145,748.41 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 145,748.41 | 145,748.41 | |
| | | | | | | NET | ACCOUNT |
| | | | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | | | Checking Account - *******7458 | | 145,748.41 | 145,748.41 | 0.00 |
| | | | | | ---------------------- | ---------------------- | ---------------------- |
| | | | | | 145,748.41 | 145,748.41 | 0.00 |
| | | | | | ============== | ============== | ============== |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |